| ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Guangdong Fuwei Health Technology Co. Ltd.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081284 | $23,047.20 | 12/6/2019 | US0801-7235C | 9/29/2019 | $23,047.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080581G | $23,047.20 | 10/16/2019 | US0801-7235B | 9/29/2019 | $23,047.20 |

**Totals:** **2 transfer(s),** **$46,094.40**

Guangdong Fuwei Health Technology Co. Ltd. (2266330)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1